UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**EASTON JOSEPH FRANCISCO**         **CASE NO. 6:21-CV-00724 SEC P**

**VERSUS**                          **JUDGE JUNEAU**

**BURL CAIN, ET AL**                **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

Before this Court is a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254 which was filed on March 17, 2021 by pro se petitioner Easton Joseph Francisco. (Rec. Doc. 1 is the original petition, Rec. Doc. 4 is an amended petition) This petition was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation (Rec. Doc. 9) is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, that this instant petition be **DISMISSED WITH PREJUDICE** as untimely.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 3rd day of December, 2021.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE